DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J2 INVESTMENTS LLC,**
Appellant,

v.

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,**
and **MITCHEL ROGER PAGERY,**
Appellees.

No. 4D2023-1606

[January 11, 2024]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502022CA002967XXXXMB.

James Randal Ackley of the Law Offices of James R. Ackley, West Palm Beach, for appellant.

Elliot Burt Kula, W. Aaron Daniel, William D. Mueller of Kula & Associates, P.A., Miami, for appellee JPMorgan Chase Bank.

Alexzander D. Gonano of Gonano Law PLLC, Fort Pierce, for appellee Mitchel Roger Pagery.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***